IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUALBERTO HUERTA, ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-07-39 |
| | § | |
| CARLOS GARCIA, ET AL, | § | |
| | § | |
| Defendants. | § | |

## OPINION & ORDER

BE IT REMEMBERED that on June 10, 2008, the Court **GRANTED** Plaintiff Gualberto Huerta's Motion to Dismiss, Dkt. No. 70. In the instant motion Plaintiff seeks to dismiss all outstanding claims pursuant to Rule 41(a)(1)(i). *Id.* FED. R. CIV. P. 41(a)(1)(i) ("[A]n action may be dismissed by the plaintiff without an order of court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first."). Plaintiff had not served the Brownsville ISD Defendants. Therefore, pursuant to Federal Rule of Civil Procedure 42(a)(1)(i), the Court **GRANTS** Plaintiff's Motion to Dismiss. All outstanding motions are **DISMISSED** as moot. The District Clerk is **ORDERED** to close this case.

DONE at Brownsville, Texas, on June 10, 2008.

Hilda G. Tagle
United States District Judge

-1-